Jerry **DANIELS**, Plaintiff–Appellant,

v.

**WESTINGHOUSE ELECTRIC CORPORATION**, Defendant–Appellee.

No. 90–9106.

United States Court of Appeals, Eleventh Circuit.

Oct. 17, 1991.

Robert C.D. McDonald, Norcross, Ga., for plaintiff-appellant.

Steven T. Breaux and Paul T. Stagliano, Paul, Hastings, Janofsky & Walker, Atlanta, Ga., for defendant-appellee.

Before COX and DUBINA, Circuit Judges, and GODBOLD, Senior Circuit Judge.

PER CURIAM:

In this summary judgment case we affirm on the order of the District Court. 772 F.Supp. 1278 (1990).

AFFIRMED.